IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCISCO MUNDACA, )
  )
 *Plaintiff,* )
  )
  ) CIVIL ACTION NO.
v. ) 1:25-cv-2036
  )
THE SPIGGLE LAW FIRM, P.C., )
  )
 *Defendant.* )

APPROVED this 18th day of November, 2025. The complaint is **DISMISSED** with prejudice. The clerk is directed to **CLOSE** this case.

_____/s/_____
George L. Russell, III
Chief United States District Judge

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Francisco Mundaca ("Plaintiff") hereby dismisses the above-captioned matter in its entirety with prejudice, including all claims against Defendant, with Plaintiff and Defendant to bear their own attorneys' fees and costs.

Respectfully submitted November 18, 2025.

/s/ Melissa Washington
Melissa Washington
mw@washingtonfirmpllc.com
WASHINGTON LAW FIRM, PLLC
1050 Connecticut Ave, NW
Suite 500
Washington D.C. 20036
(646) 823-1655

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on counsel for Defendant via electronic filing:

Matthew M. May
Pierson Ferdinand LLP
601 Pennsylvania Ave. NW, Suite 900
Washington, DC 20004
matthew.may@pierferd.com

Counsel for Defendant

/s/ Melissa Washington